**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ZENAPH LIFIO MALAFA AND CHIQUITA BROWN,** | § | |
| **PLAINTIFFS,** | § | |
| | § | |
| **V.** | § | |
| | § | **CASE NO. 3:25-CV-502-B-BK** |
| **UNITED STATES OF AMERICA, ET AL.,** | § | |
| **DEFENDANTS.** | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** and the Clerk is **DIRECTED** to close the case.

**SO ORDERED** this 22nd day of October, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE